| | | | |
|---|---|---|---|
| 409PA15 | Gregory P. Nies and Diane S. Nies v. Town of Emerald Isle, a North Carolina Municipality | Plts' Motion for Extension of Time to File Reply Brief | Allowed **08/10/2016** |
| 429PA13 | Morris v. Scenera Research, LLC, et al. | 1. Plt's Motion for Attorneys' Fees and Expenses Incurred on Appeal<br><br>2. Plt's Motion in the Alternative to Issue a Mandate Remanding this Motion to the Trial Court for Further Proceedings | 1. — **06/30/2016**<br><br>2. Allowed **06/30/2016** |
| 438A15 | Hanesbrands, Inc. v. Kathleen Fowler | Def's Motion for Continuance of Oral Argument | Allowed **06/28/2016** |
| 441P92-8 | Johnnie L. Harrington v. Christie S. Cameron Roeder, Clerk of Court | Def's *Pro Se* Motion to Compel | Denied<br><br>**Ervin, J., recused** |
| 446A13 | State v. Mario Andrette McNeill (DEATH) | Def's Motion to Amend Record on Appeal | Allowed |
| 449P11-14 | State v. Charles Everett Hinton | 1. Def's *Pro Se* Motion for *Ex Parte* Inquiry into Restraints on Liberty by Judicial *Writ of Habeas Corpus*<br><br>2. Def's *Pro Se* Motion for Judicial Notice of Adjudicative Facts<br><br>3. Def's *Pro Se* Motion for Oral Hearing Opportunity to be Heard<br><br>4. Def's *Pro Se* Motion for Findings by the Court and Interrogatories to All Interested Persons, Individuals, and Third-Parties | 1. Denied **08/18/2016**<br><br>2. Dismissed **08/18/2016**<br><br>3. Dismissed **08/18/2016**<br><br>4. Dismissed **08/18/2016**<br><br>**Ervin, J., recused** |
| 509P13-2 | State v. Robert Lee Golden | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **06/29/2016** |
| 514P13-5 | State v. Raymond Dakim Harris Joiner | Def's *Pro Se* Motion to Dismiss for Lack of Territorial Jurisdiction | Dismissed |
| 579P01-3 | Antorio Rice Smarr v. State | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Gaston County | Dismissed |
| 669P03-3 | State v. Tony Robert Jones | Def's *Pro Se* Motion for PDR *de novo* (COAP16-107) | Dismissed<br><br>**Ervin, J., recused** |